No. 80–6837. Trussell v. Ohio. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 80–6838. Cunningham v. United States. C. A. 5th Cir. Certiorari denied.

No. 80–6840. Holsey v. Circuit Court for Howard County. Ct. App. Md. Certiorari denied.

No. 80–6842. Stewart et al. v. Ohio. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 80–6847. Wilkerson v. United States. Ct. App. D. C. Certiorari denied.

No. 80–6848. Carpenter v. United States. Ct. App. D. C. Certiorari denied.

No. 80–6849. Karmann v. United States. C. A. 9th Cir. Certiorari denied.

No. 80–6851. Ruetz v. Duckworth, Warden, et al. C. A. 7th Cir. Certiorari denied.

No. 80–6852. Baldwin v. Maryland. Ct. App. Md. Certiorari denied.

No. 80–6853. Ayers v. Collins, Warden. C. A. 4th Cir. Certiorari denied.

No. 80–6854. Caldwell v. Thompson, Trustee in Bankruptcy. C. A. 9th Cir. Certiorari denied.

No. 80–6855. Geaney v. United States; and
No. 80–6856. Clancy v. United States. C. A. 2d Cir. Certiorari denied. Reported below: 659 F. 2d 1063.

No. 80–6857. Hohensee v. Penetar. C. A. 3d Cir. Certiorari denied.

No. 80–6858. Hohensee v. Conaboy. C. A. 3d Cir. Certiorari denied.